01-15-00724-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

August 18, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 10:07:06 AM
CHRISTOPHER A. PRINE
Clerk

RICHARD OLIVER
ATTORNEY OF RECORD
1221 STUDEWOOD
HOUSTON, TX 77008

Defendant's Name: JUAN RAUL ROJAS

Cause No: 2026966

Court: CCCL#13

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus filed: 8/11/15  Ruling Made: 7/20/15
Court of Appeals Assignment:  First  Court of Appeals
Appeal Attorney of Record:  RICHARD OLIVER**

Sincerely,

Lisa Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O.Box 4651  Houston, Texas 77210-4651

Ex Parte
Juan Rojas

Cause No. 2026966

THE STATE OF TEXAS
V.
_____, A/K/A/ _____

_____ District Court / County Criminal Court at Law No. 13

Harris County, Texas

**FILED**
Chris Daniel
District Clerk

NOTICE OF APPEAL

AUG 1 1 2015

Time: _____
Harris County, Texas
By _____
Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

On __8/11/2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of ~~his conviction.~~ the denial of his application for writ of Habeas Corpus.

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw.

☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__8/11/2015__
**Date**

__Juan Rojas__
**Defendant (Printed name)**

_____
**Attorney (Signature)**

__Rick Oliver__
**Attorney (Printed name)**

__24048179__
**State Bar Number**

__1221 Studewood__
**Address**

__713.864.3700__
**Telephone Number**

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____ (w/ permission)
**Defendant (Signature)**

__Juan Rojas__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

- ☐ **IS NOT** indigent at this time.
- ☐ **IS** indigent for the purpose of
    - ☐ employing counsel
    - ☐ paying for a clerk's and court reporter's record.
    - ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

- ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**
- ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**
- ☐ Defendant's / appellant's motion is **GRANTED** and
    - ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.
    - ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

- ☐ **SET** at $_____
- ☑ **TO CONTINUE** as presently set.
- ☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___**AUG 1 1 2015**___

JUDGE PRESIDING,
____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. 13.
HARRIS COUNTY, TEXAS

CAUSE NO. 2026966
Writ of Hab. Corp.

THE STATE OF TEXAS                              §        IN THE COUNTY CRIMINAL

VS.                                             §        COURT AT LAW NUMBER __13__

Rojas, Juan Raul                                §        HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____                        _____
**Judge Presiding**                              **Date Signed**   AUG 11 2015

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Def. unable to _____          _____ rd Oliver
**Defendant**                           **Defendant's Counsel**

                                        240481779

Mailing address: **F I L E D**         State Bar of Texas ID Number:

                 Chris Daniel           1221 Studewood, Houston  7700
                 District Clerk
Telephone number:                       Mailing address:
                 AUG 11 2015
     Time:_____                       713-864-3700
Fax number (if any): Harris County, Texas  Telephone number:
     By_____                              -3703
              Deputy

                                        Fax number (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22                                                      12-04-2012

# APPEAL CARD  1st

Court **013**  8-26-15  Cause No. **20250966**

The State of Texas
Vs
Juan Raul Rojas

7-20-15

Date Notice
Of Appeal: **8/11/15**

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding **Don Smyth**

Court Reporter_____

Court Reporter_____

Court Reporter_____

Attorney
on Trial **Richard Oliver**

Attorney
on Appeal **Richard Oliver**

Appointed_____ Hired__✓__

Offense **Writ Habeas Corpus**

Jury Trial    Yes_____ No__✓__

Punishment
Assessed_____

Companion Cases
(If Known)_____

Amount of
Appeal Bond_____

Appellant
Confined:    Yes____ No__✓__    998

Date Submitted
To Appeal Section_____

Deputy Clerk **Ava Argentina Vazquez**